UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHI VOUTOUR,
        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
        Defendant.

CIVIL ACTION NO.
10-11127-MBB

# FINAL JUDGMENT

### MAY 13, 2011

**BOWLER, U.S.M.J.**

In accordance with the Joint Motion for Dismissal filed by the parties, it is hereby

Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge